1

2

3

4

5

6

7

JENNIFER L. ISHIMOTO, SBN 211845
ishimoto@banishlaw.com
BANIE & ISHIMOTO LLP
1999 South Bascom Ave., Suite 700
Campbell, CA 95008
Telelphone: (650) 549-5660
Facsimile: (415) 665-2520

Attorneys for Defendants
ID ARMOR, INC. and
IGNITED MEDIA SOLUTIONS, LLC

8        **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA**

10        **SAN JOSE DIVISION**

11

12

13

14

15

16

17

18

| BOOMERANGIT, INC., | Case No. 5:12-cv-00920-EJD |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT IGNITE MEDIA SOLUTIONS, LLC TO RESPOND TO THE COMPLAINT** |
| v. | |
| ID ARMOR, INC. and IGNITE MEDIA SOLUTIONS, LLC, | **(N.D. CAL. L.R. 6-1)** |
| Defendants. | **Judge: Hon. Edward J. Davila** |
| | **Complaint Filed: February 23, 2012** |

19

20

21

22

23

24

25

26

27

-1-

Stipulation To Extend Time For Defendant Ignite Media Solutions, LLC To Respond To The Complaint
Case No. 5:12-cv-00920-EJD

1

2       Pursuant to Local Rule 6-1, the parties hereby stipulate to an extension of time for

3   defendant Ignite Media Solutions, LLC to respond to Plaintiff's Complaint filed on February 23,

4   2012.

5

6                                    **RECITATIONS**

7       1.      WHEREAS, on February 23, 2012 plaintiff BoomerangIt, Inc. filed a complaint

8   for damages and equitable relief arising out of alleged wrongful conduct by ID Armor, Inc. and

9   Ignite Media Solutions, LLC.

10      2.      WHEREAS, defendant Ignite Media was served on February 27, 2012, thus

11  meaning that Ignite Media's response to the Complaint is due March 19, 2012.

12      3.      WHEREAS, defendant ID Armor was served approximately 10 days later on

13  March 7, 2012, thus meaning that ID Armor's response to the Complaint is due March 28, 2012.

14      4.      WHEREAS, counsel for ID Armor only earlier this week learned that ID Armor

15  had a duty to defend co-defendant Ignite Media and thus the same counsel will represent both

16  defendants.

17      5.      WHEREAS, the parties have stipulated and agreed to extend defendant Ignite

18  Media's time to respond to the Complaint to March 28, 2012, the same date as ID Armor's

19  response is due.

20      10.     WHEREAS, the parties agree that this extension will not affect the schedule of the

21  case, as no dates have yet been set.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

-2-

BANIE & ISHIMOTO

Stipulation To Extend Time For Defendant Ignite Media Solutions, LLC To Respond To The Complaint
Case No. 5:12-cv-00920-EJD

///

**STIPULATION**

Pursuant to Local Rule 6.1, the parties hereby stipulate that the response of Ignite Media Solutions, LLC to the Complaint is due no later than March 28, 2012.

IT IS SO STIPULATED.


Dated: March 16, 2012                    BANIE & ISHIMOTO LLP


By___*/s/ Jennifer L. Ishimoto*_____
JENNIFER L. ISHIMOTO
COUNSEL FOR DEFENDANTS FUISZ
PHARMA LLC, RICHARD C. FUISZ, AND
JOSEPH M. FUISZ


Dated:  March 16, 2012                    WEST & ASSOCIATES, A PC


By___*/s/ Stuart J. West*_____
STUART J. WEST
COUNSEL FOR PLAINTIFF
BOOMERANGIT, INC.


IT IS SO ORDERED

The Motion for Extension of Time (Docket Item No. 5) is found as MOOT.


Dated: March 19, 2012            _____

United States District Judge

Stipulation To Extend Time For Defendant Ignite Media Solutions, LLC To Respond To The Complaint
Case No. 5:12-cv-00920-EJD

1

## <u>GENERAL ORDER ATTESTATION</u>

2

3        I hereby attest that I obtained concurrence in the filing of this document from each of the

4  other signatories on this e-filed document.

5  Dated:  March 16, 2012

                                        BANIE & ISHIMOTO LLP

6

7                                By___*/s/ Jennifer L. Ishimoto*_____
                                        JENNIFER L. ISHIMOTO
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

                                        -4-

Stipulation To Extend Time For Defendant Ignite Media Solutions, LLC To Respond To The Complaint
        Case No. 5:12-cv-00920-EJD