JENNIFER L. ISHIMOTO, SBN 211845
ishimoto@banishlaw.com
BANIE & ISHIMOTO LLP
1999 South Bascom Ave., Suite 700
Campbell, CA 95008
Telelphone: (650) 549-5660
Facsimile: (415) 665-2520

Attorneys for Defendants
ID ARMOR, INC. and
IGNITED MEDIA SOLUTIONS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BOOMERANGIT, INC., | Case No. 5:12-cv-00920-EJD |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT IGNITE MEDIA SOLUTIONS, LLC TO RESPOND TO THE COMPLAINT** |
| v. | |
| ID ARMOR, INC. and IGNITE MEDIA SOLUTIONS, LLC, | **(N.D. CAL. L.R. 6-1)** |
| Defendants. | **Judge: Hon. Edward J. Davila** |
| | **Complaint Filed: February 23, 2012** |

-1-
Stipulation To Extend Time For Defendant Ignite Media Solutions, LLC To Respond To The Complaint
Case No. 5:12-cv-00920-EJD

BANIE & ISHIMOTO

Pursuant to Local Rule 6-1, the parties hereby stipulate to an extension of time for defendant Ignite Media Solutions, LLC to respond to Plaintiff's Complaint filed on February 23, 2012.

## **RECITATIONS**

1. WHEREAS, on February 23, 2012 plaintiff BoomerangIt, Inc. filed a complaint for damages and equitable relief arising out of alleged wrongful conduct by ID Armor, Inc. and Ignite Media Solutions, LLC.

2. WHEREAS, defendant Ignite Media was served on February 27, 2012, thus meaning that Ignite Media's response to the Complaint is due March 19, 2012.

3. WHEREAS, defendant ID Armor was served approximately 10 days later on March 7, 2012, thus meaning that ID Armor's response to the Complaint is due March 28, 2012.

4. WHEREAS, counsel for ID Armor only earlier this week learned that ID Armor had a duty to defend co-defendant Ignite Media and thus the same counsel will represent both defendants.

5. WHEREAS, the parties have stipulated and agreed to extend defendant Ignite Media's time to respond to the Complaint to March 28, 2012, the same date as ID Armor's response is due.

10. WHEREAS, the parties agree that this extension will not affect the schedule of the case, as no dates have yet been set.

///
///
///
///
///
///

BANIE & ISHIMOTO

-2-
Stipulation To Extend Time For Defendant Ignite Media Solutions, LLC To Respond To The Complaint
Case No. 5:12-cv-00920-EJD

///

**STIPULATION**

Pursuant to Local Rule 6.1, the parties hereby stipulate that the response of Ignite Media Solutions, LLC to the Complaint is due no later than March 28, 2012.

IT IS SO STIPULATED.

Dated: March 16, 2012

BANIE & ISHIMOTO LLP

By * /s/ Jennifer L. Ishimoto*
JENNIFER L. ISHIMOTO
COUNSEL FOR DEFENDANTS FUISZ PHARMA LLC, RICHARD C. FUISZ, AND JOSEPH M. FUISZ

Dated: March 16, 2012

WEST & ASSOCIATES, A PC

By * /s/ Stuart J. West*
STUART J. WEST
COUNSEL FOR PLAINTIFF BOOMERANGIT, INC.

IT IS SO ORDERED
The Motion for Extension of Time (Docket Item No. 5) is found as MOOT.

Dated: March 19, 2012

United States District Judge

## GENERAL ORDER ATTESTATION

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated:  March 16, 2012

                                        BANIE & ISHIMOTO LLP

                                        By  */s/ Jennifer L. Ishimoto*
                                                JENNIFER L. ISHIMOTO

-4-

BANIE & ISHIMOTO

Stipulation To Extend Time For Defendant Ignite Media Solutions, LLC To Respond To The Complaint
Case No. 5:12-cv-00920-EJD