Stuart J. West SBN 202041
West & Associates, A PC
2815 Mitchell Drive, Suite 209
Walnut Creek, CA 94598
Tel: 925.262.2220
Fax: 925.262.2205
Email: swest@westpatentlaw.com
Attorney for Plaintiff BoomerangIt, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BOOMERANGIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ID ARMOR, INC. and IGNITE MEDIA SOLUTIONS, LLC, and DOES 1-100, <br><br> Defendants. | Case No: 5:12-cv-00920-EJD <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME; DECLARATION OF STUART WEST IN SUPPORT THEREOF; AND ORDER THEREON** <br><br> Judge: Hon. Edward J. Davila <br><br> Complaint Filed: February 23, 2012 <br><br> Hearing Date: August 7, 2012 <br> Time: 9:00 AM |

### STIPULATED REQUEST FOR ORDER CHANGING TIME

Plaintiff BoomerangIt, Inc. ("Plaintiff") and Defendants ID Armor, Inc. and Ignite Media Solutions, LLC ("Defendants") jointly request, pursuant to Civil L.R. 6-2, that the Court modify the previously set schedule regarding the Motion for Preliminary Injunction, because the parties have reached a preliminary agreement to settle this case.

The parties therefore request that the Court change the deadline for Plaintiff's Motion re Preliminary Injunction from today, July 17, 2012 to tomorrow, July 18, 2012. Specifically, the

Stipulated Request for Order Changing Time - 1

parties jointly request that the Court adopt the following amended schedule regarding the Motion for Preliminary Injunction:

- Deadline to File Motion re Preliminary Injunction: Due 7/18/12 (Changed from 7/17/12)
- Opposition: Due 7/24/2012 (Unchanged)
- Reply: Due 7/31/2012 (Unchanged)
- Hearing: 8/7/2012 at 9:00 AM (Unchanged)

The Declaration of Stuart West, below, provides the information required by Civil L.R. 6-2(a)(1)-(3).

Respectfully submitted this 17th day of July, 2012,

/s/ *Stuart J. West*
Stuart J. West
West & Associates, A PC
Attorney for Plaintiff


/s/ *Jennifer Ishimoto*
Jennifer Ishimoto
Banie & Ishimoto LLP
Attorney for Defendants

Stipulated Request for Order Changing Time - 2

**DECLARATION OF STUART WEST IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME**

I, Stuart West, declare as follows:

1. My name is Stuart West. I am counsel for Plaintiff BoomerangIt, Inc. in this case. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2. The parties request the foregoing modifications in order to allow the parties time to complete their negotiations and execute a settlement agreement. If no settlement agreement is reached by tomorrow, July 18, 2012, Plaintiff will file its Motion re: Preliminary Injunction by the amended deadline set forth in the above Stipulated Request for an Order Changing Time.

3. The following previous time modifications have been made by stipulation or Court order:

    a) Judge Davila's April 23, 2012 Order Granting Plaintiff's Motion for Extension of Time to File Response.

4. The modification requested by the parties in the above Stipulated Request for an Order Changing Time would move Plaintiff's deadline for Plaintiff's Motion re Preliminary Injunction by one day, from today, July 17, 2012 to tomorrow, July 18, 2012. All other dates and deadlines would remain the same.

5. Prior to filing the above Stipulated Request for an Order Changing Time, I sent it to Jennifer Ishimoto for her review, and she authorized me to file the Stipulated Request on her behalf.

Stipulated Request for Order Changing Time - 3

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed on July 17, 2012 at Walnut Creek, CA:

4                                                    By: /s/ *Stuart J. West*
                                                     STUART WEST
5

6

7                              ORDER

8  Pursuant to the parties' stipulation, it is so ordered.

9  Dated: July 18, 2012                     _____
                                             United States District Judge
10

Stipulated Request for Order Changing Time - 4