1  Stuart J. West SBN 202041
   West & Associates, A PC
2  2815 Mitchell Drive, Suite 209
   Walnut Creek, CA 94598
3  Tel: 925.262.2220
   Fax: 925.262.2205
4  Email: swest@westpatentlaw.com
   Attorney for Plaintiff BoomerangIt, Inc.

5

6

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

               SAN JOSE DIVISION
10

11  BOOMERANGIT, INC.,                Case No: 5:12-cv-00920-EJD

12              Plaintiff,            STIPULATED REQUEST FOR ORDER
                                      CHANGING TIME; DECLARATION OF
13       v.                           STUART WEST IN SUPPORT THEREOF;
                                      AND ORDER THEREON
14  ID ARMOR, INC. and IGNITE MEDIA   Judge: Hon. Edward J. Davila
    SOLUTIONS, LLC, and DOES 1-100,
15                                    Complaint Filed: February 23, 2012
                Defendants.
16                                    Hearing Date: August 7, 2012
                                      Time: 9:00 AM
17

18       STIPULATED REQUEST FOR ORDER CHANGING TIME

19       Plaintiff BoomerangIt, Inc. ("Plaintiff") and Defendants ID Armor, Inc. and Ignite Media

20  Solutions, LLC ("Defendants") jointly request, pursuant to Civil L.R. 6-2, that the Court modify

21  the previously set schedule regarding the Motion for Preliminary Injunction, because the parties

22  have reached a preliminary agreement to settle this case.

23       The parties therefore request that the Court change the deadline for Plaintiff's Motion re

24  Preliminary Injunction from today, July 17, 2012 to tomorrow, July 18, 2012.  Specifically, the

Stipulated Request for Order Changing Time - 1

parties jointly request that the Court adopt the following amended schedule regarding the Motion for Preliminary Injunction:

-   Deadline to File Motion re Preliminary Injunction: Due 7/18/12 (Changed from 7/17/12)

-   Opposition: Due 7/24/2012 (Unchanged)

-   Reply: Due 7/31/2012 (Unchanged)

-   Hearing: 8/7/2012 at 9:00 AM (Unchanged)

    The Declaration of Stuart West, below, provides the information required by Civil L.R. 6-2(a)(1)-(3).


    Respectfully submitted this 17th day of July, 2012,




                                        /s/ *Stuart J. West*
                                        Stuart J. West
                                        West & Associates, A PC
                                        Attorney for Plaintiff




                                        /s/ *Jennifer Ishimoto*
                                        Jennifer Ishimoto
                                        Banie & Ishimoto LLP
                                        Attorney for Defendants

Stipulated Request for Order Changing Time - 2

**DECLARATION OF STUART WEST IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME**

I, Stuart West, declare as follows:

1.      My name is Stuart West.  I am counsel for Plaintiff BoomerangIt, Inc. in this case. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2.      The parties request the foregoing modifications in order to allow the parties time to complete their negotiations and execute a settlement agreement.  If no settlement agreement is reached by tomorrow, July 18, 2012, Plaintiff will file its Motion re: Preliminary Injunction by the amended deadline set forth in the above Stipulated Request for an Order Changing Time.

3.      The following previous time modifications have been made by stipulation or Court order:

   a)   Judge Davila's April 23, 2012 Order Granting Plaintiff's Motion for Extension of Time to File Response.

4.      The modification requested by the parties in the above Stipulated Request for an Order Changing Time would move Plaintiff's deadline for Plaintiff's Motion re Preliminary Injunction by one day, from today, July 17, 2012 to tomorrow, July 18, 2012.  All other dates and deadlines would remain the same.

5.      Prior to filing the above Stipulated Request for an Order Changing Time, I sent it to Jennifer Ishimoto for her review, and she authorized me to file the Stipulated Request on her behalf.

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3        Executed on July 17, 2012 at Walnut Creek, CA:

4                                By: /s/ Stuart J. West
                                    STUART WEST
5

6

7                            ORDER

8    Pursuant to the parties' stipulation, it is so ordered.

9     Dated: July 18, 2012

10                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Stipulated Request for Order Changing Time - 4